612

*Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 418. LAURENT, RECEIVER, ET AL. *v.* STITES, TRUSTEE IN BANKRUPTCY. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David R. Castleman* for petitioners. *Mr. Elwood Hamilton* for respondent.

No. 419. SKELLY OIL CO. *v.* UNIVERSAL OIL PRODUCTS CO. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Dean S. Edmonds, William H. Davis, W. P. Z. German,* and *Alvin F. Molony* for petitioner. *Messrs. Thomas G. Haight* and *William F. Hall* for respondent.

No. 420. CINCINNATI, NEWPORT & COVINGTON RY. CO. *v.* COVINGTON ET AL.; and

No. 421. COVINGTON ET AL. *v.* CINCINNATI, NEWPORT & COVINGTON RY. CO. November 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John Weld Peck, Frank M. Tracy, Charles W. Milner, Matt Herold,* and *Chester J. Gerkin* for Cincinnati, Newport & Covington Ry. Co. *Messrs. Stephens L. Blakely* and *Charlton B. Thompson* for Covington et al.

No. 422. CINCINNATI, NEWPORT & COVINGTON RY. CO. *v.* CINCINNATI ET AL. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the

Sixth Circuit denied. *Messrs. Charles W. Milner, Frank M. Tracy, Chester J. Gerkin, Matt Herold,* and *John Weld Peck* for petitioner. *Mr. John D. Ellis* for respondents.

No. 427. HILTON LUMBER CO. *v.* GRISSOM, COLLECTOR OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John W. Townsend* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. Louis Monarch* for respondent.

No. 428. CEM SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 436. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* SAN SOUCI, COLLECTOR OF CUSTOMS. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. A. Warner Parker* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Wm. S. Ward* and *W. Marvin Smith* for respondent.

No. 440. BRODERICK, SUPERINTENDENT OF BANKS OF NEW YORK, *v.* IRVING TRUST CO. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Ap-